JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ELHAM DORAJI, an individual

Plaintiff,

vs.

COSTCO WHOLESALE CORPORATION, ROBERT ARMSTRONG; and DOES 1 to 50,

Defendant.

Case No.: 2:26-CV-01787-JFW-SSCx

**ORDER FOR DISMISSAL OF PLAINTIFF'S COMPLAINT WITH PREJUDICE**

*[Assigned to District Judge John F. Walter, Courtroom 7A]*

Pursuant to the Stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1), IT IS HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE in its entirety, with each party to bear their own costs.

IT IS SO ORDERED.

DATED: September 14, 2026

HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE